**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
Eastern District of Wisconsin
(State)

Case number (If known): _____ Chapter 7

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual
12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☒ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**  Apex Commercial Construction, Inc.

3. **Other names you know the debtor has used in the last 8 years**
   Include any assumed names, trade names, or *doing business as* names.

   Kuehne Company

4. **Debtor's federal Employer Identification Number (EIN)**
   ☒ Unknown
   EIN __ __ – __ __ __ __ __ __ __

5. **Debtor's address**

   **Principal place of business**
   6830 South Howell Avenue
   Number  Street

   Oak Creek  WI  53154
   City  State  ZIP Code

   Sheboygan
   County

   **Mailing address, if different**
   Number  Street

   P.O. Box

   City  State  ZIP Code

   **Location of principal assets, if different from principal place of business**
   Number  Street

   City  State  ZIP Code

Debtor    Apex Commercial Construction, Inc.              Case number (if known)_____
          Name

6. **Debtor's website (URL)**    https://kuehneco.com/

7. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**

   Check one:
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the types of business listed.
   - ☐ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - ☒ No
   - ☐ Yes. Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
                                              MM / DD / YYYY

     Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
                                              MM / DD / YYYY

## Part 3: Report About the Case

10. **Venue**

    Check one:
    - ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*
    - ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - ☒ No
    - ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Official Form 205                Involuntary Petition Against a Non-Individual                page 2

Debtor    Apex Commercial Construction, Inc.
_____
Name

Case number (if known) _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Wisconsin Laborers Health Fund | ERISA Fringe Benefits | $ 191,391.50 |
| Building & Public Works Laborers Vacation Fund | ERISA Fringe Benefits | $ 20,812.61 |
| Building Trades United Pension Trust Fund | ERISA Fringe Benefits | $ 211,081.49 |
| | Total of petitioners' claims | $ 423,285.60 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner
Wisconsin Laborers Health Fund
Name

4633 LIUNA Way, #201
Number  Street

Deforest       WI      53532
City           State   ZIP Code

Name and mailing address of petitioner's representative, if any
Kent Miller
Name

4633 LIUNA Way, #101
Number  Street

Deforest       WI      53532
City           State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03 / 16 / 2024
              MM / DD / YYYY

X  *Kurt Miller*
Signature of petitioner or representative, including representative's title

**Attorneys**

Christopher J. Ahrens
Printed name

The Previant Law Firm, S.C.
Firm name, if any

310 West Wisconsin Avenue, Suite 100MW
Number  Street

Milwaukee      WI      53203
City           State   ZIP Code

Contact phone (414) 271-4500   Email cja@previant.com

Bar number   1043237

State   WI

X _[signature]_
Signature of attorney

Date signed _____
            MM / DD / YYYY

Debtor  Apex Commercial Construction, Inc. _____  Case number (if known) _____

**Name and mailing address of petitioner**

Building & Public Works Laborers Vacation Fund
Name

4633 LIUNA Way, #201
Number  Street

Deforest                    WI           53532
City                        State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

Anthony Neira
Name

6310 West Appleton Avenue
Number  Street

Milwaukee                   WI           53532
City                        State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3 / 16 / 2024
             MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

Christopher J. Ahrens
Printed name

The Previant Law Firm, S.C.
Firm name, if any

310 West Wisconsin Avenue, Suite 100MW
Number  Street

Milwaukee                   WI           53203
City                        State        ZIP Code

Contact phone (414) 271-4500   Email cja@previant.com

Bar number   1043237

State        WI

X _____
Signature of attorney

Date signed  ___ / ___ / _____
             MM / DD / YYYY


**Name and mailing address of petitioner**

Building Trades United Pension Trust Fund
Name

500 Elm Grove Road, #300
Number  Street

Elm Grove                   WI           53122
City                        State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

William Bonlender
Name

17125 West Cleveland Avenue
Number  Street

New Berlin                  WI           53151
City                        State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3 / 18 / 2024
             MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

Christopher J. Ahrens
Printed name

The Previant Law Firm, S.C.
Firm name, if any

310 West Wisconsin Avenue, Suite 100 MW
Number  Street

Milwaukee                   WI           53203
City                        State        ZIP Code

Contact phone (414) 271-4500   Email cja@previant.com

Bar number   1043237

State        WI

X _____
Signature of attorney

Date signed  ___ / ___ / _____
             MM / DD / YYYY