UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

*In re:*

Apex Commercial Construction, Inc.,
dba Kuehne Company

Debtor.

**Case No. 24-21300**
**Chapter 11**

## ORDER

Upon review the Debtor's Motion for Extension of Time to file bankruptcy schedules and statements;

IT IS HEREBY ORDERED that the Debtor's time for filing the bankruptcy schedules and statements is extended for a period of up to ten (10) days or August 5, 2024.

###